MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Respondent
JOHN BACKUS, IN HIS CAPACITY AS
STOCKHOLDER REPRESENTATIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| SYBASE, INC., a Delaware corporation,<br><br>Petitioner,<br><br>vs.<br><br>JOHN BACKUS, an individual, in his capacity as Stockholder Representative,<br><br>Respondent. | Case No. C09-04792 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ARBITRATION AWARD**<br><br>**CIVIL L.R. 7-12**<br><br>Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 7-12, Respondent John Backus, in his capacity as Stockholder Representative ("Backus"), and Petitioner Sybase, Inc. ("Sybase") jointly submit this Stipulation and [Proposed] Order and request that the Court adopt it as its Order in this case.

Backus and Sybase stipulate as follows:

1) Pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, the Final Award issued on November 9, 2009, in the arbitration between Backus and Sybase shall be and hereby is CONFIRMED. (The Final Award was submitted under seal as Exhibit B to the Declaration of William R. Overend in Support of Sybase, Inc.'s Motion to Confirm Arbitration Award and Enter Judgment (Docket No. 22));

2) The proposed form of judgment submitted contemporaneously herewith should be entered

as judgment of this Court;

3) Backus further stipulates to waiver of any and all rights to appeal from the judgment confirming the Final Award; and

4) Upon the Court's acceptance of this Stipulation and entry of the accompanying proposed form of judgment, Sybase withdraws its Motion to Confirm Arbitration Award and Enter Judgment (Docket No. 12).

Accordingly, Backus and Sybase jointly request that the Court enter the proposed form of Judgment submitted concurrently herewith.

**IT IS SO STIPULATED.**

Dated: January 4, 2010

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Robert D. Becker<br>Shawn G. Hansen | REED SMITH LLP<br>Scott D. Baker<br>Stuart A. Shanus<br>William R. Overend<br>James A. Daire |
| By: /s/ Shawn G. Hansen<br>Shawn G. Hansen<br>*Attorneys for Respondent*<br>JOHN BACKUS, IN HIS CAPACITY AS STOCKHOLDER REPRESENTATIVE | By: /s/ James A. Daire<br>James A. Daire<br>*Attorneys for Petitioner*<br>SYBASE, INC. |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Shawn G. Hansen hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 1/7/10

_____
The Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*